# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FADI HUSSEIN SERHAN )<br>　　　　Plaintiff, )<br>　 )<br>v. )<br>　 )<br>ANDREA M. GACKI, *et al.* )<br>　　　　Defendants. )<br> ) | Case No. 1:19-cv-751-JEB |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Counsel for Plaintiff and Defendants have agreed to terms resolving the claims in this matter without the need for further litigation. Therefore, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate and agree to dismiss Plaintiff's Amended Complaint (ECF No. 8) with prejudice, and with each party bearing its own costs, attorney fees, and expenses.

Dated: November 26, 2019

Respectfully submitted,

/s/ Erich C. Ferrari
Erich C. Ferrari, Esq.
Ferrari & Associates, P.C.
1455 Pennsylvania Ave., NW
Suite 400
Washington, D.C. 20004
Telephone: (202) 280-6370
Fax: (877) 448-4885
Email: ferrari@falawpc.com
DC Bar No. 978253

*Attorney for Plaintiff*

JOSEPH H. HUNT
Assistant Attorney General

DIANE KELLEHER
Assistant Director, Federal Programs Branch

/s/Amy E. Powell
AMY E. POWELL
Trial Attorney, Federal Programs Branch
Civil Division, Department of Justice
c/o U.S. Attorney's Office
150 Fayetteville St., Suite 2100
Raleigh, NC 27601
Phone: 919-856-4013
Email: amy.powell@usdoj.gov

*Attorneys for Defendants*